JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 10-843-VBF(x)**                    Dated: **January 27, 2011**

Title:    Jason Thompson -*v*- City of Beverly Hills, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

          Joseph Remigio                         None Present
          Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                           None Present

**PROCEEDINGS (IN CHAMBERS):**          **COURT ORDER DISMISSING ACTION IN ITS
                                        ENTIRETY**


     In light of the Stipulation of Dismissal, filed by Plaintiff Jason
Thompson on January 27, 2011, this action is hereby dismissed in its
entirety. *See* Fed. R. Civ. P. 41(a).

     This action is closed and all future dates are vacated.

**IT IS SO ORDERED.**



MINUTES FORM 90                   Initials of Deputy Clerk ___jre___
CIVIL - GEN